552

No. 200. BOYER *v.* SALINA JOURNAL ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *James E. Boyer, pro se.* No appearance for respondents.

No. 205. PULLIN *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James F. Kemp* for petitioner. No appearance for the United States.

No. 208. McGOWEN *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Josiah Lyman* for petitioner. No appearance for respondent.

No. 214. IN RE PAYSOFF TINKOFF. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Paysoff Tinkoff, pro se.*

No. 215. VAN NEWKIRK *v.* CITIES SERVICE OIL Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Charles Van Newkirk, pro se. Mr. Abbot P. Mills* for respondent.